NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

---

STATE OF ARIZONA, *Respondent*,

*v.*

DONALD K. LEACOCK, *Petitioner*.

No. 1 CA-CR 18-0186 PRPC
FILED 7-31-2018

---

Petition for Review from the Superior Court in Coconino County
Nos. S0300CR20080187
S0300CR20080511
The Honorable Mark R. Moran, Judge

**REVIEW GRANTED; RELIEF DENIED**

---

COUNSEL

Coconino County Attorney's Office, Flagstaff
By Stacy Lynn Krueger
*Counsel for Respondent*

Donald K. Leacock, Florence
*Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Maria Elena Cruz, Judge Jennifer B. Campbell, and Judge James P. Beene delivered the decision of the Court.

---

**PER CURIAM:**

**¶1**        Petitioner Donald K. Leacock seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is petitioner's third successive petition.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**        We grant review but deny relief.

